

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

ENTERED
04/15/2015

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 12-70729-M-13 |
| CARLOS ROBLEDO, Debtor | § | (CHAPTER 13) |

### ORDER ON JOSEFINA GONZALEZ'S MOTION TO RECONSIDER AND VACATE ORDER FOR PAYMENT OF UNCLAIMED FUNDS (DE 110)
(This resolves Docket Entry # 112 )

Came on for consideration the Motion to Reconsider and Vacate Order for Payment of Unclaimed Funds (DE 110) (Docket Entry # 112 ) (the "Motion") filed herein by Josefina Gonzalez ("Gonzalez").

At the hearing, the parties were represented by their respective counsel of record. Upon consideration of the Motion, the evidence admitted at the hearing and the argument of counsel, the Court will grant the Motion. Accordingly, it is

ORDERED that the Order for Payment of Unclaimed Funds (Docket Entry #110) is **VACATED**. It is further

ORDERED that the Trustee's Motion to Withdraw Trustee's Motions to Pay Funds Into the Court Registry (Doc. 95 & 98) and to Vacate Orders Granting Trustee's Motions to Pay Funds Into the Court Registry (Doc. 100 & 103) is **GRANTED** to allow the Trustee to disburse the $2,975.00 to Gonzalez.

SO ORDERED.

DATED  4-15-15 .

_____
UNITED STATES BANKRUPTCY JUDGE



ENTRY REQUESTED:

/S/ MARK A. TWENHAFEL
Mark A. Twenhafel
State Bar No. 20350600
S.D. Tex. Admission No. 2268
Walker & Twenhafel, L.L.P.
P. O. Drawer 3766
McAllen, Texas 78502-3766
Telephone: (956) 687-6225 ext. 203
Fax: (956) 686-1276
E-mail: markt@rgvlawyers.com
Attorney for Josefina Gonzalez

G:\Matcases\Gonzalez,Josefina\Robledo, Carlos\BANKRUPTCY\Reconsider&VacateOrder.wpd

2